# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-107 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOHNNY L. BOONE, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge William H. Baughman Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Johnny L. Boone and enter a finding of guilty against defendant. (Doc. No. 20.)

On February 18, 2021, the government filed an Indictment against defendant. (Doc. No. 10.) On April 28, 2021, this Court issued an order assigning this case to Magistrate Judge Baughman for the purpose of receiving defendant's guilty plea. (Doc. No. 17.)

On May 6, 2021, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Indictment, charging him with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. Sections 922(g)(1) and 924(e)(1) and to Count 2 of the Indictment, charging him with Possession of Firearm by Person with Misdemeanor Domestic Violence, in violation of 18 U.S.C. Sections 922(g)(9) and 924(a)(2). Magistrate Judge Baughman received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 20.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1 and 2 in violation of 18 U.S.C. Section 922(g)(1) and 924(e)(1) and 18 U.S.C. Sections 922(g)(9) and 924(a)(2). The sentencing will be held on September 1, 2021 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: August 18, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**